KATHERINE A. STEDWELL, as Executrix of JEREMIAH H. STEDWELL, Deceased, Appellant, *v.* HERMANN HARTMANN et al., as Executors of HERMANN H. SCHWIETERING, Deceased, Respondents.

*Stedwell* v. *Hartmann*, 74 App. Div. 126, affirmed.
(Argued January 21, 1903; decided Febuary 10, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

July 14, 1902, which reversed a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial and granted a new trial.

*L. Laflin Kellogg, William T. Schley* and *William B. Coughtry* for appellant.

*Jacob Marks* for respondents.

Order affirmed and judgment absolute ordered for defendants on the stipulation, with costs, on opinion below.

Concur: PARKER, Ch. J., HAIGHT, MARTIN, CULLEN and WERNER, JJ. Not voting: BARTLETT, J. Absent: VANN, J.